FILED
JUL 28 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MADELINE CASTILLO,<br><br>    Defendant. | NO. CR 05-00484 MAG<br><br>[PROPOSED] ORDER FOR RELEASE OF PASSPORT |

On April 4, 2005 defendant Madeline Castillo appeared before Magistrate Judge Joseph C. Spero, in which Ms. Castillo was order to surrender her passport. Due do the fact that Ms. Castillo has satisfied the conditions that were prescribed to her by Magistrate Judge Joseph C. Spero, she now asks the Court to return her passport.

**SO ORDERED.**

7/28/05
Dated

_____
HONORABLE JOSEPH C. SPERO  EDWARD M. CHEN
Magistrate Judge, Northern District of California

1

cl financial